THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CLARENCE AUSTIN, Defendant-Appellant.

(No. 72-147;

Second District—May 25, 1973.

Opinion by Mr. PRESIDING JUSTICE GUILD.

George C. Howard, of Chicago, for appellant.

Jack Hoogasian, State's Attorney, of Waukegan, and James W. Jerz, of Model District State's Attorneys Office, of Elgin, (A. F. Witt, Assistant State's Attorney, of counsel,) for the People.